IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**DELROY GEORGE FOSTER**     **PETITIONER**
**ADC #138153**

VS.     5:15-CV-00059-BRW-JTK

**WENDY KELLEY, Director,**     **RESPONDENT**
**Arkansas Department of Correction**

## ORDER

I have received the proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After careful review of the findings and recommendations and the timely objections thereto, as well as a *de novo* review of the record, I adopt as my findings in all respects Judge Kearney's proposed findings and recommendations in their entirety. Accordingly, Mr. Foster's petition for writ of habeas corpus is DENIED.

Mr. Foster's "Motion to Stay" (which appears to be a request for an extension of time to object and an objection) is MOOT.

I will not issue a certificate of appealability because Mr. Foster has not made a substantial showing of the denial of a constitutional right.[1]

IT SO ORDERED this 14th day of October, 2015.

/s/Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] *See* 28 U.S.C. § 2253(c).