## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**DELROY GEORGE FOSTER**                                                          **PETITIONER**
**ADC #138153**

**VS.**                                 **5:15-CV-00059-BRW-JTK**

**WENDY KELLEY, Director,**                                                      **RESPONDENT**
**Arkansas Department of Correction**

## JUDGMENT

Consistent with the Order entered today, the petition for writ of habeas corpus (Doc. No. 2)

is DENIED and this case is CLOSED.

I will not issue a certificate of appealability because Mr. Foster has not made a substantial

showing of the denial of a constitutional right.[1]

IT SO ORDERED this 14th day of October, 2015.


                                /s/Billy Roy Wilson
                        UNITED STATES DISTRICT JUDGE

---

[1] *See* 28 U.S.C. § 2253(c).